```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DANNY TEAGUE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0495 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| DANNY TEAGUE, | ) ) | Date:  December 18, 2006 Time:  9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing in the above-referenced matter now set for November 13, 2006, may be continued to December 18, 2006, at 9:00 A.M.**

This motion is requested by counsel for defendant to allow additional time for investigation.

///
///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: November 8, 2006        By /s/ Sherrill A. Carvalho
                                        SHERRILL A. CARVALHO
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED: November 8, 2006        By  /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DANNY TEAGUE

## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 13, 2006**                /s/ Anthony W. Ishii
0m8i78                                               UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference
Hearing; and [Proposed] Order Thereon
2