DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DANNY TEAGUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-0495 AWI |
| *Plaintiff,* | STIPULATION CONTINUING STATUS CONFERENCE/MOTIONS HEARING; AND ORDER THEREON |
| v. | |
| DANNY TEAGUE, | Date:  April 16, 2007 |
| *Defendant.* | Time:  9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel, that the status conference/motions hearing in the above-referenced matter, now set for March 5, 2007, may be continued to **April 16, 2007 at 9:00 a.m.**

This continuance is sought at the request of defense counsel to allow additional time for plea negotiations.

The parties also agree that any delay resulting from this continuance shall be excluded in

///

///

///

///

///

1 | the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: March 1, 2007          By /s/ Sherrill A. Carvalho
                                 SHERRILL A. CARVALHO
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


                                 DANIEL J. BRODERICK
                                 Federal Public Defender

DATED: March 1, 2007          By  /s/ Victor M. Chavez
                                 VICTOR M. CHAVEZ
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DANNY TEAGUE


**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 2, 2007**              /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference/Motions
Hearing; and [Proposed] Order Thereon

2