1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DANNY TEAGUE

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )    NO. 1:05-cr-0495 AWI
                                        )
12              *Plaintiff,*            )    STIPULATION CONTINUING STATUS
                                        )    CONFERENCE/MOTIONS HEARING; AND
13        v.                            )    ORDER THEREON
                                        )
14  DANNY TEAGUE ,                      )    Date:  July 9, 2007
                                        )    Time:  9:00 a.m.
15              *Defendant.*            )    Judge: Hon. Anthony W. Ishii
                                        )
16  _____     )

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19  counsel, that the status conference/motions hearing in the above-referenced matter, now set for June 4,

20  2007, may be continued to **July 9, 2007 at 9:00 a.m.**

21        This continuance is sought at the request of defense counsel to allow additional time for additional

22  defense preparation and plea negotiations.

23        The parties also agree that any delay resulting from this continuance shall be excluded in

24  ///

25  ///

26  ///

27  ///

28  ///

1     the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

2                                   McGREGOR W. SCOTT
                                    United States Attorney

3

4     DATED:  May 31, 2007               By /s/  Sherrill A. Carvalho
                                    SHERRILL A. CARVALHO

5                                     Assistant U.S. Attorney
                                    Attorney for Plaintiff

6

7                                     DANIEL J. BRODERICK
                                    Federal Public Defender

8

9     DATED: May 31, 2007                By   /s/ Victor M. Chavez
                                    VICTOR M. CHAVEZ

10                                     Assistant Federal Defender
                                    Attorney for Defendant

11                                     DANNY TEAGUE

12

13

14                                    **O R D E R**

15        **IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

16 §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

17

18     IT IS SO ORDERED.

19     **Dated:**    **June 1, 2007**                         **/s/ Anthony W. Ishii**
                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Stipulation Continuing Status Conference/Motions
Hearing; and [Proposed] Order Thereon