IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     *Plaintiff,* <br><br> v. <br><br> DANNY TEAGUE, <br><br>     *Defendant.* | NO. 1:05-cr-0495 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND [PROPOSED] ORDER THEREON <br><br> Date: September 17, 2007 <br> Time: 9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel, that the status conference hearing in the above-referenced matter, now set for August 27, 2007, may be continued to **September 17, 2007, at 9:00 a.m.**

This continuance is sought at the request of defense counsel due to a family emergency.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: August 22, 2007           By /s/ Mark J. McLeon for
                                                SHERRILL A. CARVALHO
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

| | |
|---|---|
| DATED: August 22 2007 | By   /s/ Victor M. Chavez  <br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>DANNY TEAGUE |

<u>**O R D E R**</u>

**IT IS SO ORDERED**.

IT IS SO ORDERED.

**Dated:    August 23, 2007**            /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; and [Proposed] Order Thereon
2