1
2
3
4
5
6                         IN THE UNITED STATES DISTRICT COURT
7                       FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  | UNITED STATES OF AMERICA,          )  NO. 1:05-cr-0495 AWI
10 |                   *Plaintiff*,     )  STIPULATION TO CONTINUE STATUS
                                        )  CONFERENCE HEARING; AND ORDER
11 |        v.                          )  THEREON
                                        )
12 | DANNY TEAGUE ,                     )  Date:  October 15, 2007
                                        )  Time:  9:00 a.m.
13 |                   *Defendant*.     )  Judge: Hon. Anthony W. Ishii
                                        )
14 | _____    )

15

16   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

17 counsel, that the status conference hearing in the above-referenced matter, now set for September 17,

18 2007, may be continued to **October 15, 2007,  at 9:00 a.m.**

19   This continuance is sought at the request of defense counsel due to a death in his family.

20   The parties also agree that any delay resulting from this continuance shall be excluded in

21 the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

22                                              McGREGOR W. SCOTT
                                                United States Attorney
23

24 DATED: September 13, 2007            By /s/ Sherrill A. Carvalho
                                              SHERRILL A. CARVALHO
25                                            Assistant U.S. Attorney
                                              Attorney for Plaintiff
26

27                                              DANIEL J. BRODERICK
                                                Federal Public Defender
28

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 13, 2007 | By  /s/ Victor M. Chavez |
| | | VICTOR M. CHAVEZ |
| 3 | | Assistant Federal Defender |
| | | Attorney for Defendant |
| 4 | | DANNY TEAGUE |

1
2  DATED: September 13, 2007           By  /s/ Victor M. Chavez
3                                          VICTOR M. CHAVEZ
                                            Assistant Federal Defender
                                            Attorney for Defendant
4                                          DANNY TEAGUE
5
6                                  **O R D E R**
7
8  IT IS SO ORDERED.
9  **Dated:   September 13, 2007**            /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; and [Proposed] Order Thereon

2