McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. F. 05-0495 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | THEREON FOR CONTINUANCE |
| v. ) | |
| ) | |
| DANNY TEAGUE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Sherrill A. Carvalho, Assistant U.S. Attorney and Victor Chavez, attorney for defendant, Danny Teague, that the status conference currently scheduled for October 15, 2007, be continued to October 29, 2007 at 9:00 a.m.

   This continuance is requested by counsel for the government due to the unavailability of government counsel at the currently scheduled hearing date.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation, plea negotiations, and the

1 filing of motions, pursuant to 18 U.S.C. §§3161(h)(8)(A) and
2 3161(h)(8)(B)(iv).

Dated: September 25, 2007         Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                              By: /s/ Sherrill A. Carvalho
                                  SHERRILL A. CARVALHO
                                  Assistant U.S. Attorney

Dated: September 25, 2007         /s/ Victor Chavez
                                  VICTOR CHAVEZ
                                  Attorney for Defendant

**ORDER**

On September 25, 2007, the parties lodged a stipulation to continue the status conference currently scheduled for October 15, 2007 at 9:00 a.m. to October 29, 2007, at 9:00 a.m.  Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the status conference until October 29, 2007 at 9:00 a.m. is granted. Further, the delay resulting from the continuance shall be excluded in the interests of justice herein to allow reasonable time for effective defense preparation, plea negotiations, and the filing of motions, pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)((B)(iv).

IT IS SO ORDERED.

**Dated:   September 26, 2007**          **/s/ Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE