DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DANNY TEAGUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-0495 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| DANNY TEAGUE, | Date:  November 26, 2007 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel, that the status conference hearing in the above-referenced matter, now set for October 29, 2007, may be continued to **November 26, 2007,  at 9:00 a.m.**

This continuance is sought at the request of defense counsel to allow additional time for plea negotiations.

The parties also agree that any delay resulting from this continuance shall be excluded in

///
///
///
///
///

the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                     McGREGOR W. SCOTT
                                                     United States Attorney

DATED:  October 25, 2007           By /s/ Sherrill A. Carvalho
                                                     SHERRILL A. CARVALHO
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

                                                   DANIEL J. BRODERICK
                                                   Federal Public Defender

DATED:  October 25, 2007           By  /s/ Victor M. Chavez
                                                     VICTOR M. CHAVEZ
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   DANNY TEAGUE

## O R D E R

IT IS SO ORDERED.

**Dated:  October 27, 2007**                   /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE