DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DANNY TEAGUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-0495 AWI |
| Plaintiff, | DEFENDANT'S WAIVER OF PERSONAL PRESENCE FOR MAY 27, 2008 |
| v. | |
| DANNY TEAGUE, | |
| Defendant. | |

   Pursuant to F.R.Crim.P. 43(3), defendant, Danny Teague, hereby waives his right to be present in open court on May 27, 2008. Mr. Teague agrees that his interests were represented at all times by the presence of his attorney, Assistant Federal Defender, Victor M. Chavez, the same as if Mr. Teague were personally present.

   Mr. Teague's failure to appear on May 27, 2008 was the result of inadvertence, confusion, and mistake. At the request of counsel for Mr. Teague his appearance was excused by the Court. Mr. Teague acknowledges that a new trial date of October 7, 2008 at 8:30 a.m. was set at the request

///
///
///
///
///

Teague: Waiver of Appearance

of the parties. A new trial confirmation date was set for September 29, 2008 at 9:00 a.m. Mr. Teague agrees and understands that he is to appear in court on those dates.

DATED: _____
DANNY TEAGUE
Defendant

DANIEL J. BRODERICK
FEDERAL DEFENDER

DATED: ____
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be waived, nunc pro tunc May 27, 2008.

IT IS SO ORDERED.

**Dated:   June 3, 2008**           /s/ Anthony W. Ishii
                       UNITED STATES DISTRICT JUDGE