DANIEL J. BRODERICK,  Bar #89424
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DANNY TEAGUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0495 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO VACATE JURY TRIAL |
| | ) | AND TO SET MOTIONS SCHEDULE; ORDER |
| v. | ) | |
| | ) | |
| DANNY TEAGUE, | ) | Date:   November 10, 2008 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

counsel of record herein, that the jury trial currently set for October 7, 2008 may be vacated and that the

Court may set a schedule for the filing of defendant's motion to suppress evidence as follows:

Defendants's motion to be filed by September 22, 2008; the government's opposition to be filed by

October 20, 2008; any reply to be filed by November 3, 2008; and the hearing on the motions to be set for

**November 10, 2008 at 9:00 a.m.**

The parties have entered into this stipulation at the request of the defendant. Defendant believes

that a motion to suppress evidence will address the issues in dispute and may obviate the need for a trial.

This would inure to the benefit of the defendant while at the same time conserving judicial resources.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for effective defense

Stipulation to Continue Jury Trial

1   preparation and filing of pretrial motions pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and (h)(1)(F).

2   DATED:  August 28, 2008                                    McGREGOR W. SCOTT
                                                               United States Attorney

3

4
                                                               By /s/ Sherrill A. Carvalho
5                                                                 SHERRILL A. CARVALHO
                                                                  Assistant U.S. Attorney
6                                                                 Attorney for Plaintiff

7
    DATED:  August 28, 2008                                       DANIEL J. BRODERICK
8                                                                 Federal Defender

9

10                                                             By /s/ Victor M. Chavez
                                                                  VICTOR M. CHAVEZ
11                                                                Assistant Federal Defender
                                                                  Attorney for Defendant
12                                                                Danny Teague

13

14                                   **O R D E R**

15  IT IS SO ORDERED.

16  **Dated:   September 1, 2008**          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation to Continue Jury Trial              2