McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )  | Cr. F. 05-00495 AWI |
| )                                    |   |
| Plaintiff,    )                      | ORDER REGARDING PARTIES' |
| )                                    | STIPULATION AND REQUEST |
| )                                    | FOR CONTINUANCE OF STATUS |
| v.                                )  | CONFERENCE |
| )                                    |   |
| DANNY TEAGUE,                      ) |   |
| )                                    |   |
| Defendant.    )                      |   |
| _____)     |   |

On October 15, 2008, the parties lodged a stipulation to continue the filing of the government's response from October 20, 2008 until November 24, 2008, and to continue the motions hearing currently scheduled for November 10, 2008 at 9:00 a.m. to December 1, 2008, at 9:00 a.m.  Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the filing of the government's response to November 24, 2008 and to continue the motions hearing until December 1, 2008 at 9:00 a.m. is granted.  Further, the delay resulting from the continuance

1  shall be excluded in the interests of justice herein to allow
2  reasonable time for effective defense preparation, plea
3  negotiations, and the filing of motions, pursuant to 18 U.S.C.
4  §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)((B)(iv).

6  IT IS SO ORDERED.

7  **Dated:     October 17, 2008**             /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE