LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:05-CR-00495 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | MOTIONS HEARING AND ORDER |
| v. ) | |
| ) | |
| DANNY TEAGUE, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Sheila K. Oberto, Assistant United States Attorney for Plaintiff, and Victor Chavez, attorney for Defendant, Danny Teague, that the motions hearing currently scheduled for January 26, 2009, be continued to February 9, 2009, at 9:00 a.m. In addition, the parties are requesting that the date for filing of the Government's response be continued from January 20, 2009, until February 3, 2009.

////

////

////

////

1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation, plea negotiations, and the filing of motions, pursuant to 18 U.S.C. §§ 3161 (h) (1) (F), 3161 (h) (8) (A), and 3161 (h) (8) (B) (iv).

Respectfully submitted,
LAWRENCE G. BROWN
United States Attorney

DATED: January 15, 2009        By  /s/ Sheila K. Oberto
                                   SHEILA K. OBERTO
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

DATED: January 15, 2009        By   /s/ Victor Chavez
                                    VICTOR CHAVEZ
                                    Attorney for Defendant
                                    DANNY TEAGUE

**ORDER**

IT IS HEREBY ORDERED, that the motions hearing currently scheduled for January 26, 2009, is continued to February 9, 2009, at 9:00 a.m.  IT IS FURTHER ORDERED, that the filing of Government's response to Defendant's motion is due February 3, 2009.

IT IS SO ORDERED.

**Dated:   January 16, 2009**              /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE