```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SHEILA K. OBERTO
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Room 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA,   )   Case No. 1:05-cr-00495 AWI
 9                              )
               Plaintiff,       )   STIPULATION TO EXTEND DATE FOR
10                              )   FILING MOTIONS IN LIMINE and
         v.                     )   ORDER THEREON
11                              )
                                )   DATE: August 17, 2009
12  DANNY TEAGUE,               )   TIME: 9:00 a.m.
                                )   PLACE: Courtroom 2
13             Defendant.       )   Honorable Anthony W. Ishii
                                )
14
15
16       IT IS HEREBY STIPULATED by and between the parties hereto and
17  through their attorneys of record as follows:
18  1.   The date for filing the motions in limine shall be extended
19       from July 20, 2009 to July 28, 2009;
20  2.   The date for filing the opposition to any motions in limine
21       shall remain on August 3, 2009; and
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

3.  The date for filing the reply to any motions in limine shall remain on August 10, 2009.

Dated: July 7, 2009                     LAWRENCE G. BROWN
                                        United States Attorney

                                        By: /s/ Sheila K. Oberto
                                        SHEILA K. OBERTO
                                        Assistant U.S. Attorney

Dated: July 7, 2009                      /s/ Victor Chavez
                                        VICTOR CHAVEZ
                                        Attorney for Defendant

IT IS SO ORDERED.

**Dated:   July 7, 2009**                     **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE