LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-00495 AWI |
| | ) | |
| Plaintiff, | ) | **PROTECTIVE ORDER CONCERNING** |
| | ) | **COMPUTER MEDIA CONTAINING CHILD** |
| v. | ) | **PORNOGRAPHY** |
| | ) | |
| | ) | Hon. Anthony W. Ishii |
| DANNY TEAGUE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

**THE COURT HEREBY ORDERS:**

1.  United States Department of Homeland Security, Immigration and Customs Enforcement agents shall make a duplicate copy of the hard drive and any attendant storage media for defense analysis.

2.  The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Victor Chavez, Esq., and defendant's proposed expert Josiah Roloff or Carol Eden, a representative of "Global CompuSearch," to review at an ICE office in Fresno, California for the purpose of preparing for

trial regarding the above-entitled action.  The images on the hard drive and storage media shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

    3.   Neither Mr. Chavez, nor Mr. Josiah Roloff or Ms. Carol Eden, shall remove the hard drive or other storage media from the ICE office or copy, duplicate, or transfer any data or files onto any other media of any kind.

    4.   The ICE agents nor any other government agent shall access or review the defense copy of the hard drive while it is within the custody of the ICE office.

    5.   When the defense indicates that it is finished with its review of the copy of the hard drives, Special Agent Prado will ensure that any hard drive brought to the examination by defense counsel or his expert will promptly be "wiped" clean and returned to defense counsel or defendant's proposed expert.

    6.   Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

**Dated:   July 7, 2009**                    /s/ Anthony W. Ishii
                                                                         CHIEF UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER CONCERNING COMPUTER MEDIA
CONTAINING CHILD PORNOGRAPHY