```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SHEILA K. OBERTO
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Room 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:05-cr-00495 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO EXTEND DATE FOR |
|  | ) | FILING MOTIONS IN LIMINE and |
| v. | ) | ORDER THEREON |
|  | ) |  |
|  | ) | DATE: August 17, 2009 |
| DANNY TEAGUE, | ) | TIME: 9:00 a.m. |
|  | ) | PLACE: Courtroom 2 |
| Defendant. | ) | Honorable Anthony W. Ishii |

   Defense counsel, Victor Chavez, Esq. is presently set to begin a trial on August 4, 2009.

   IT IS, THEREFORE, STIPULATED by and between the parties hereto and through their attorneys of record as follows:

1. The date for filing the motions in limine shall be extended from July 28, 2009 to August 6, 2009;

2. The date for filing the opposition to any motions in limine shall be extended from August 3, 2009 to August 13, 2009; and

///
///
///
///
///
///

1

3.  The date for hearing on the motions in limine shall remain on August 17, 2009.

Dated: July 28, 2009                         LAWRENCE G. BROWN
                                             United States Attorney

                                         By: /s/ Sheila K. Oberto
                                             SHEILA K. OBERTO
                                             Assistant U.S. Attorney

Dated: July 28, 2009                          /s/ Victor Chavez
                                             VICTOR CHAVEZ
                                             Attorney for Defendant

ORDER

IT IS SO ORDERED.

**Dated:   July 29, 2009**                    **/s/ Anthony W. Ishii**
                                             CHIEF UNITED STATES DISTRICT JUDGE