# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-00495 LJO |
|---|---|
| Plaintiff, | |
| vs. | ORDER RE: EXAMINATION OF DEFENDANT FOR DETERMINATION OF MENTAL COMPETENCY |
| DANNY TEAGUE, | |
| Defendant. | |

Upon the motion of counsel for the defendant, Danny Teague, pursuant to 18 U.S.C. § 4241(a), §4244, after hearing, and reasonable cause being found to believe that Mr. Teague may suffer from mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, the Court hereby orders, as follows, pursuant to §4241(b) or §4244:

(1) That a psychiatric examination of Mr. Teague be conducted, pursuant to §4247(b);

(2) All criminal proceedings shall be suspended pending the conclusion of the psychiatric examination and issuance of the report on the Defendant's competence to stand trial. The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

(3) Said examination will be conducted by A.A. Howsepian, M.D., Ph.D, to be held at the Federal Defender's office located at 2300 Tulare Street, Suite 330, Fresno, California 93721 on November 20, 2009 at 9:00am.

(4) That a psychiatric report be filed with the Court and copies be provided to the parties, through their respective counsel, pursuant to the provisions of § 4247(b)-( c ).

(5) A Status Conference will be held on Friday, December 11, 2009 at 8:15am.

IT IS SO ORDERED.

**Dated:     November 4, 2009**                    **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE