UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  1:05-CR-495 LJO |
| | ) | |
| vs. | ) | **ORDER OF DETENTION FOLLOWING** |
| | ) | **REVOCATION OF PREVIOUSLY SET** |
| DANNY GORDON TEAGUE | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A.    Order for Revocation and Detention

After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's
motion for revocation of the previous order for release, the Court orders the
previous conditions of pretrial release revoked and this defendant detained.

B.    Statement of Reasons for the Revocation and Detention

The Court orders the revocation of pretrial release conditions and the
defendant's detention because it finds:


___X___      There is clear and convincing evidence that this defendant has
             violated a condition or conditions of release, to wit:
             taking an unprescribed drug that precluded his ability to be
             at trial on the scheduled date and time;

                                   **and**


___X___  That this defendant is unlikely to abide by any condition or
         combination of conditions of release that will ensure his presence
         at trial.


     IT IS SO ORDERED.

**Dated:    February 1, 2010**          _____/s/ Lawrence J. O'Neill_____
                                        UNITED STATES DISTRICT JUDGE