```
BENJAMIN B. WAGNER
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-CR-00495 LJO |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| DANNY TEAGUE, ) | |
| Defendant. ) | |

Based upon the guilty verdict entered February 11, 2010, against defendant Danny Teague and defendant's subsequent stipulation to the forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    1.    Pursuant to 18 U.S.C. §§ 2253 and 1467, defendant Danny Teague's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a)    Western Digital Hard Drive, Model: WD 400, Serial No. WCAD12769083,

        b)    Eighteen (18) Imation Compact Discs, and

        c)    Two (2) Hi-Val Compact Discs.

PRELIMINARY ORDER OF FORFEITURE    1

2.  The above-listed property contains visual depictions produced, transported, shipped or received and/or was used or intended to be used to commit or promote the commission of a violation of 18 U.S.C. § 2252(a)(2) and (a(4)(B) and 18 U.S.C. § 1466A(a)(1).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection/Immigration and Customs Enforcement, in its secure custody and control.

4.  a.  Pursuant to 18 U.S.C. §§ 2253(b) and 1467(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty

1  (30) days from receipt of direct written notice, whichever is
2  earlier.
3      5.   If a petition is timely filed, upon adjudication of all
4  third-party interests, if any, this Court will enter a Final Order
5  of Forfeiture pursuant to 18 U.S.C. §§ 2253 and 1467 in which all
6  interests will be addressed.
7      IT IS SO ORDERED.
8  **Dated:   March 11, 2010**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE