1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  VICTOR M. CHAVEZ, CA Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
6  DANNY TEAGUE

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,          )   NO. 1:05-cr-0495 LJO
                                      )
12         Plaintiff,                 )   STIPULATION TO CONTINUE SENTENCING;
                                      )   ORDER (MODIFIED)
13     v.                             )
                                      )
14 DANNY TEAGUE,                      )   Date: May 28, 2010
                                      )   Time: 8:30 a.m.
15         Defendant.                 )   Judge: Hon. Lawrence J. O'Neill
                                      )

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 counsel of record that the Sentencing may be continued from May 7, 2010 to **May 28, 2010 at 9:00 a.m.**

19     It is further agreed that the defendant shall file any informal objections to the Presentence

20 Investigation Report by May 7, 2010 and any formal objections by May 21, 2010.

21     This stipulation was requested by the defendant based on his need for additional time to prepare

22 informal objections. This continuance will conserve time and resources for both parties and the court.

23 ///

24 ///

25 ///

26 ///

27 ///

1  DATED: April 15, 2010                          McGREGOR W. SCOTT
                                                  United States Attorney
2

3
                                                  By /s/ *Brian Enos*
4                                                    BRIAN ENOS
                                                     Assistant U.S. Attorney
5                                                    Attorney for Plaintiff

6
   DATED: April 15, 2010                          DANIEL J. BRODERICK
7                                                 Federal Defender

8

9                                                 By /s/ *Victor M. Chavez*
                                                     VICTOR M. CHAVEZ
10                                                   Assistant Federal Defender
                                                     Attorney for Defendant
11                                                   Danny Teague

...

16                                    **O R D E R**

17  THE REQUEST IS GRANTED, EXCEPT THAT THE TIME ON MAY 28, 2010 WILL BE 8:30 A.M.,

18  (not 9 a.m.) DUE TO THE NATURE OF THE CHARGES.

23  IT IS SO ORDERED.

24  **Dated:   April 15, 2010**              /s/ **Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

28  Stipulation to Continue Sentencing Hearing         2