BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
(559) 497-4000

UNITED STATES DISTRICT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-CR-00495-LJO |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| DANNY TEAGUE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about March 12, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 2253 and 1467, based upon the guilty verdict entered February 11, 2010, against defendant Danny Teague forfeiting to the United States the following property:

    a)    Western Digital Hard Drive, Model: WD 400, Serial No. WCAD12769083,

    b)    Eighteen (18) Imation Compact Discs, and

    c)    Two (2) Hi-Val Compact Discs.

AND WHEREAS, beginning on March 18, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

1  site www.forfeiture.gov.  Said published notice advised all third

2  parties of their right to petition the Court within sixty (60) days

3  from the first day of publication of the notice for a hearing to

4  adjudicate the validity of their alleged legal interest in the

5  forfeited property;

6      AND WHEREAS, the Court has been advised that no third party

7  has filed a claim to the subject property and the time for any

8  person or entity to file a claim has expired.

9      Accordingly, it is hereby ORDERED and ADJUDGED:

10     1.   A Final Order of Forfeiture shall be entered forfeiting

11 to the United States of America all right, title, and interest in

12 the above-listed property pursuant to 18 U.S.C. §§ 2253 and 1467,

13 to be disposed of according to law, including all right, title, and

14 interest of Danny Teague.

15     2.   All right, title, and interest in the above-listed

16 property shall vest solely in the name of the United States of

17 America.

18     3.   The Department of Homeland Security, Customs and Border

19 Protection/Immigration and Customs Enforcement shall maintain

20 custody of and control over the subject property until it is

21 disposed of according to law.

22

23     IT IS SO ORDERED.

**Dated:   June 11, 2010**          **/s/ Lawrence J. O'Neill**

24                          UNITED STATES DISTRICT JUDGE

25

26

27

28

2