Patience Milrod  #77466
844 North Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for Danny Teague

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:05-00495-LJO |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME TO REDACT TRANSCRIPTS** |
| vs. | ) | |
| DANNY TEAGUE, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN WILLIAM ENOS, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, attorney for the defendant:

    1.    To extend the due date for defendant to file a Request for Redaction to 10 court days from the date this Court signs an order, if the Court approves this stipulation; and

*Stipulation to Extend Time*                                                                                           *1*

2. To extend the court reporters' Redacted Transcript Deadlines to 10 court days from the date defendant files his Requests for Redaction;

3. To extend the Release of Transcript Restriction for all transcripts to October 25, 2010.

IT IS SO STIPULATED.

Dated:  August 26, 2010          /s/ Patience Milrod
                                 PATIENCE MILROD
                                 Attorney for defendant
                                 DANNY TEAGUE

                                 "As Authorized on 8/25/10"
Dated: August 26, 2010           /s/ Brian William Enos
                                 BRIAN WILLIAM ENOS
                                 Assistant U.S. Attorney

**ORDER ON STIPULATION**

Having received and reviewed defendant's application and the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that no later than ten days from the date of this Order the defendant must file his Requests for Redaction of any transcripts requiring such redaction; no later than ten (10) days from the date defendant files such Requests, the respective court reporters shall file their Redacted Transcripts.  The Release of Transcript Restriction for all transcripts will be October 25, 2010.

IT IS SO ORDERED.

Dated:  August 26, 2010
                                 _/s/ Lawrence J. O'Neill_____
                                 HON. LAWRENCE J. O'NEILL
                                 Judge of the Eastern District

*Stipulation to Extend Time*                                                                 2