1  Patience Milrod  #77466
   844 North Van Ness Avenue
2  Fresno, California  93728
   559/442-3111
3
   Attorney for Danny Teague
4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT IN AND FOR**
                **THE EASTERN DISTRICT OF CALIFORNIA**
9

10
                                          **Case No. 1:05-00495-LJO**
11  UNITED STATES OF AMERICA,        )
                        Plaintiff,   )    **STIPULATION AND ORDER TO**
                                     )      **UNSEAL TRANSCRIPTS**
12        vs.                        )
                                     )
13  DANNY TEAGUE,                    )
                        Defendant.   )
14  _____     )

15          IT IS HEREBY STIPULATED by and between the parties hereto through

16  their respective counsel, BRIAN WILLIAM ENOS, Assistant United States Attorney for

17  Plaintiff, and PATIENCE MILROD, attorney for the defendant:

18       1.    To authorize the transcription of the following sealed proceedings:

19          a)  Hearing held on January 20, 2010 (docket entry#124)

20          b)  Jury Trial, Day 1 sealed pages 38-39 and 66-68.

21       2.    To authorize the release of these transcripts only to the following:

22

23  *Stipulation to Unseal*                                              *1*

a) Patience Milrod, counsel for plaintiffs, as well as any other legal counsel retained by Ms. Milrod for purposes of this appeal;

b) Paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in subpart (a) directly above;

c) The Court of Appeals for the Ninth Circuit Panel Judges and Court Personnel

3.      The release of these transcripts shall be used solely in connection with defendants appeal in the case of *USA v. Danny Teague,* United States Court of Appeals No. 10-10276 (Ninth Circuit)

IT IS SO STIPULATED.

Dated:  September 17, 2010          /s/ Patience Milrod
                                   PATIENCE MILROD
                                   Attorney for defendant
                                   DANNY TEAGUE

                                   "As Authorized on 9/16/10
Dated: September 17, 2010          /s/ Brian W. Enos
                                   BRIAN WILLIAM ENOS
                                   Assistant U.S. Attorney


**ORDER ON STIPULATION**

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the transcripts for the sealed proceedings held on January 20, 2010 and February 8, 2010 be transcribed and released to Patience Milrod subject to the terms of this stipulation.

///

///

*Stipulation to Unseal*                                                          2

1

2              IT IS SO ORDERED.

3    Dated:  September 17, 2010
                                    _/s/ Lawrence J. O'Neill_____
4                                   HON. LAWRENCE J. O'NEILL
                                    Judge of the Eastern District
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    *Stipulation to Unseal*                                        *3*