**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, California 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant DANNY TEAGUE.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:05-CR-00495 |
| Plaintiff, | **MOTION TO FILE EXHIBIT C** |
| vs. | **MEDICAL RECORDS UNDER SEAL** |
| DANNY TEAGUE, | **AND ORDER.** |
| Defendant. | |

Counsel for Mr. Danny Teague requests to file Exhibit C, the medical records of Mr. Danny Teague while housed at the Bureau of Prisons, under seal. The records contain personal information.

Dated:  December 2, 2020                                  Respectfully submitted,

                                                                                  /s/ Melissa Baloian
                                                                                 Melissa Baloian

ORDER

Having received and reviewed the request to seal Exhibit C to the Motion for Compassionate Release filed by the Defendant, the court finds good cause for the sealing of that exhibit and therefore GRANTS the request.

IT IS SO ORDERED.

Dated:   **December 4, 2020**     _____
UNITED STATES DISTRICT JUDGE