UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DANNY TEAGUE,<br><br>            Defendant. | No. 1:05-cr-495 WBS<br><br><br>ORDER |

----oo0oo----

        Defendant has filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). (Docket No. 211.)[1]

        The court recognizes that defendant is 67, has various health ailments including high cholesterol, heart issues, and a history of chest pains, and is housed at FCI La Tuna, which has had numerous inmates test positive for the coronavirus, including defendant. Nevertheless, it appears that the Bureau of Prisons

---

[1] Defendant represents, and the government agrees, that he has exhausted his administrative remedies.

1

has been able to sufficiently treat his medical conditions, including his diagnosis of COVID-19.[2]  Moreover, the defendant has made no showing that he would receive any better care outside of the Bureau of Prisons or that he would be better able to get a COVID-19 vaccination outside of federal custody than he would be in custody.

Overall, defendant has not shown that his medical conditions, along with the COVID-19 pandemic, qualify as extraordinary and compelling reasons for release under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13.  To the contrary, compared to many others, it appears that defendant is in relatively good health for a man his age.  See, e.g., United States v. Williams, No. 2:13-cr-383 TLN, 2020 WL 3402439, *2 (E.D. Cal. June 19, 2020) (defendant's confinement at FCI Lompoc and diagnosis of hypertension along with other medical history and prevalence of COVID-19, was insufficient to show extraordinary circumstances under 18 U.S.C. § 3582(c)(1)(A)).

IT IS THEREFORE ORDERED that defendant's motion for compassionate release (Docket No. 211), be, and the same hereby is, DENIED.

Dated:  January 14, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2]  The court notes that defendant's citation to the CDC website lends only minimal support to his position that he has a serious risk of reinfection, as it states that "[c]ases of reinfection with COVID-19 have been reported, but remain rare." See Centers for Disease Control and Prevention, Reinfection with COVID-19, https://www.cdc.gov/coronavirus/2019-ncov/your-health/reinfection.html (last visited Jan. 13, 2021).