ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANNY TEAGUE,<br>Defendant. | CASE NO. 1:05-CR-00495-JLT<br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE<br>DATE: September 24, 2026<br>TIME: 2:30 PM<br>COURT: Hon. Christopher D. Baker |

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a Status Conference on September 24, 2026 in front of the Honorable Christopher D. Baker. ECF # 228

2. Discovery has been provided to Defense counsel.

3. The parties are in active negotiations to resolve the case and anticipate reaching a resolution prior to the next status conference.

4. Additionally, the US Probation Officer has requested continuing the status conference to accommodate a calendar conflict.

5. As a result, the parties agree to continue the status conference from September 24, 2026 to October 6, 2026.

6. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated: September 22, 2026

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: September 22, 2026

/s/ ALEKXIA TORRES STALLINGS
ALEKXIA TORRES STALLINGS
Counsel for Defendant
DANNY TEAGUE

**~~[PROPOSED]~~ ORDER**

Good cause appearing, the Court HEREBY ORDERS the status conference currently set on September 24, 2026, be continued until October 6, 2026, at 2:30 PM. The parties shall appear before the undersigned for further proceedings on that date at that time.

IT IS SO ORDERED.

Dated: **September 23, 2026**

UNITED STATES MAGISTRATE JUDGE