**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
DANNY TEAGUE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DANNY TEAGUE,<br>Defendant | Case No.: 1:05-CR-00495 JLT<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DANNY TEAGUE, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Monday, November 9, 2026, at 9:00 a.m. (See ECF Doc. 236) be continued to Monday December 14, 2026, at 9:00 a.m.

Additional time is necessary for defense counsel to review and discuss the dispositional memorandum with the Defendant. Furthermore, counsel needs additional time to ensure the Defendant has had an adequate opportunity to review the memorandum and discuss the sentencing recommendations and arguments with counsel. I have spoken to AUSA Luke Baty and it is my understanding he has no objection to this request for a continuance.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: November 5, 2026

***/s/ Alekxia Torres Stallings***
ALEKXIA TORRES STALLINGS
Attorney for Defendant
DANNY TEAGUE

DATED: November 5, 2026

***/s/LUKE BATY***
LUKE BATY
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the sentencing hearing currently set for Monday, November 9, 2026, at 9:00 a.m. be continued to Monday, December 14, 2026, at 9:00a.m. in Courtroom 4 before District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: _November 5, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE